IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:18-CR-228 |
| | : | |
| v. | : | (JUDGE Rambo) |
| | : | |
| BRIAN A. SALVADO, | : | |
| | : | |
| Defendant. | : | |

FILED
HARRISBURG, PA

JUL 11 2018

Per _____
Deputy Clerk

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE

On or about October 30, 2017, in Franklin County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

BRIAN A. SALVADO,

did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, the visual depictions being produced using materials that were mailed, shipped, and transported in and

affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

On or about November 5, 2017, in Franklin County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**BRIAN A. SALVADO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, the visual depictions being produced using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT THREE

On or about November 7, 2017, in Franklin County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**BRIAN A. SALVADO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, the visual depictions being produced using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT FOUR

On or about November 13, 2017, in Franklin County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**BRIAN A. SALVADO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, the visual depictions being produced using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL

~~[redacted]~~
FOREPERSON

7/11/18
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

*/s/ James T. Clancy*
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY

5