IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:18-cr-228** |
| | : | |
| v. | : | |
| | : | |
| **BRIAN SALVADO** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 24th day of August, 2023, upon consideration of Defendant Brian Salvado's motion to vacate his conviction under 28 U.S.C. § 2255 (Doc. 83), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. 2253(c).

s/Sylvia H. Rambo
United States District Judge